26-cv-6657

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Anthony Franco

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

C.V.S

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
OCT 16 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 16 '26 AM10:33

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony M Franco |
| Street Address | 584 East 29th St Apt 2D |
| City and County | New York Brooklyn |
| State and Zip Code | New York 11210 |
| Telephone Number | 347-573-5740 |
| E-mail Address | AnthonyFranco62@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | C.V.S Pharmacy |
| Job or Title (if known) | |
| Street Address | 1598 Flatbush Ave |
| City and County | New York Brooklyn |
| State and Zip Code | New York 11210 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Yousuf Hamza |
| Job or Title (if known) | Supervisor |
| Street Address | 1598 Flatbush Ave |
| City and County | New York Brooklyn |

State and Zip Code New York 11210
Telephone Number
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address City
and County State
and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address City
and County State
and Zip Code
Telephone Number
E-mail Address
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

________________________________________

________________________________________

________________________________________

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Anthony Franco, is a citizen of the State of *(name)* Americia.

b. If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Yousuf, is a citizen of the State of *(name)* America. *Or* is a citizen of *(foreign nation)* ____________.

b. If the defendant is a corporation

The defendant, *(name)* C.V.S, is incorporated under the laws of the State of *(name)* America, and has its principal place of business in the State of *(name)* ______. *Or* is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

______

______

______

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 9/21/26 I Anthony Franco went to C.V.S on 1598 Flatbush in Brooklyn, NY to reicue my medication. When I approched the front desk clerk she told me to go back in line for 15 minutes ! got her supervisor whom apear hostive and made an racial comment "I dont know why all you black people like to give problems." which made me uncomfterble while the whole staff laugh.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16, 2026

Signature of Plaintiff Anthony Franco

Printed Name of Plaintiff Anthony Franco

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

On 9/21/26 I went to C.V.S on 1598 Flatbush Ave in Bklyn to pick up my pre ordered medication and was belittled by a staff member who decided to involve Mr Yousuf Hamza in the matter. He approach me and stated and I quote "Why black people like to cause problems".

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Anthony Franco, is a citizen of the State of
(Plaintiff's name)

New York and lives in that State.
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Yousuf Hamza, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, C.V.S Pharmacy, is incorporated under the laws of the State of New York and has its principal place of business in the State of New York.

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in ______________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Anthony | M | Franco |
|---|---|---|
| First Name | Middle Initial | Last Name |

584 East 29th St, Apt 2D.
Street Address

| Brooklyn | NY | 11210 |
|---|---|---|
| County, City | State | Zip Code |

(347) 573-5740
Telephone Number

AnthonyFranco62@yahoo.com
Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: C.V.S Pharmacy
First Name Last Name

Current Job Title (or other identifying information)

1598 Flatbush Ave
Current Work Address (or other address where defendant may be served)

Bklyn NY 11210
County, City State Zip Code

Defendant 2: Yousuf Hamza
First Name Last Name

Supervisor
Current Job Title (or other identifying information)

1598 Flatbush Ave
Current Work Address (or other address where defendant may be served)

Bklyn NY 11210
County, City State Zip Code

Defendant 3:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ____________________

First Name Last Name

____________________

Current Job Title (or other identifying information)

____________________

Current Work Address (or other address where defendant may be served)

____________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ____________________

Date(s) of occurrence: ____________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 9/21/26 I Anthony Franco Went to C.V.S on 1518 Flatbush Ave in Bklyn to pick up my pre ordered medication. At the time the staff member in The Pharmacy was serving a customer and an argument took place between them. the customer left and I appoached the desk and she told me to stand to the side and wait. After 15 min The Same pharmacy staff approached me and asked what I. Wanted and I told her to pick up my medication. She checked the computer and told me that it was ready and I asked for it. She told me to re join The line and I told her that I was in the line already. So She went to call The Supervisor and they spoke for another 20-25 minutes. Then

the Supervisor approached me and I asked who he was and he said the supervisor. So I asked why he came at me so hostile and if he wanted to hear my side and he replied "No". He did not want to hear me or what I had to say. He walked off and the cashier call him back to deal with the situation and he said "I dont Know why you all black people like to give problems" quietly. and he walked off again at which time he and the said staff member stood in the corner laughing. I felt totally disrespected.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Monetary compensation for dissrespect and blatantantly violating my Civil Rights.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/6/2026 Anthony Franco

Dated Plaintiff's Signature

Anthony M. Franco

First Name Middle Initial Last Name

584 East 29th St Apt 2D.

Street Address

Bklyn NY 11210

County, City State Zip Code

(347) 573-5740 AnthonyFranco62@yahoo.com

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.